IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | No. 1:16-cr-00082-YK |
| v. | : | |
| | : | (Judge Kane) |
| WILLIAM CHANDLER AUGUSTA, et al., | : | |
| Defendants | : | |

# ORDER

**AND NOW**, on this 8th day of January 2018, in accordance with the accompanying Memorandum, **IT IS ORDERED AS FOLLOWS:**

1) the Government's motion to continue (Doc. No. 776), is **DENIED**;

2) Defendants Scott Lane (Doc. No. 576), Dylan Heatherly (Doc. No. 587), and William Staples' (Doc. No. 573), Rule 14(a) motions to sever are **DENIED**; and

3) Defendant Bruce Edgecombe's motion to sever (Doc. No. 578), is **GRANTED**.

                                                   s/Yvette Kane
                                                   Yvette Kane, District Judge
                                                   United States District Court
                                                   Middle District of Pennsylvania